# DECISIONS OF APPELLATE COURT ORDERED PUBLISHED IN ABSTRACT FORM.

## FIRST DISTRICT.

The People of the State of Illinois, defendant in error, v. Edwin L. Weinman, plaintiff in error. Gen. No. 26,262.
Prosecution for contributing to the delinquency of a child. Jury waived and judgment of guilty. Error to the Criminal Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed on striking bill of exceptions. Opinion filed April 12, 1921. Rehearing granted on suggestion of diminution of record. Reversed and remanded. Opinion filed October 4, 1921.
Edwin L. Weinman, *pro se;* Alfred M. Loeser, of counsel. Maclay Hoyne, for defendant in error.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Charles C. O'Malley, defendant in error, v. Theodore Elenz (also known as Theodore Holz), et al. Katie Clemens, individually and as executrix of last will and testament of Margaret Lang, deceased, plaintiff in error. Gen. No. 25,816.
Suit to foreclose an instrument in the form of a warranty deed. Decree of foreclosure. Error to the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed April 12, 1921.
Le Bosky & Levine, for plaintiff in error. Hugh O'Neill, for defendant in error.
Mr. Justice Gridley delivered the opinion of the court.

Midwest Collection Bureau, appellant, v. Stephen Creutz, Jr., appellee. Gen. No. 25,829.
Suit on a tuition subscription contract. Defendant given leave to defend after judgment by confession under a provision of the contract. Hearing without a jury and judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed April 12, 1921.
Clarence A. Samuel, for appellant. Roy C. Merrick, for appellee; William Graham, of counsel.
Mr. Justice Gridley delivered the opinion of the court.